# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:18-CR-00024 |
| RICKI CHARLES HESS, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION CONCERNING WITHDRAWAL OF PLEA OF GUILTY

The United States of America and the Defendant, having both consented, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant requested that his prior guilty plea, entered August 19, 2019 before the undersigned [Dkt. 37] and adopted September 4, 2019, by Chief Judge John A. Jarvey [Dkt. 39], be withdrawn. The Defendant presented on the record fair and just reasons for the withdrawal of such guilty plea. The United States of America joined in the request to allow the withdrawal of the guilty plea. For those reasons and for the reasons set forth in each party's sentencing memorandums [Dkts. 52, 55], I determine, pursuant to Fed. R. Crim. P. 11(d)(2)(B), the Defendant has shown a fair and just reason for requesting the withdrawal of his prior guilty plea. I, therefore, recommend that the Defendant's request to withdraw his previous plea of guilty be accepted.

January 22, 2020
Date

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).